**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE GIGACLOUD TECHNOLOGY INC SECURITIES LITIGATION** | No. 1:23-cv-10645-JMF |
| **THIS DOCUMENT RELATES TO:** **ALL ACTIONS** | **NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on October 9, 2025, at 3:30 p.m., or at another time selected by the Court, Plaintiffs will and hereby do move the Court for final approval of the proposed class action Settlement, the proposed Plan of Allocation, and the Notice disseminated to the Settlement Class. Defendants do not oppose Plaintiffs' motion.

PLEASE TAKE FURTHER NOTICE that this motion is based upon this notice of motion and motion; the accompanying memorandum of law; the Declaration of Jonathan D. Park in Support of Plaintiffs' Motions for (I) Final Approval of Class Action Settlement and (II) an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Awards to Plaintiffs, and the exhibits attached thereto; and such argument and additional papers as may be submitted to the Court before and at the hearing on this motion. Plaintiffs will file a proposed order with their reply papers, in the form previously filed as Exhibit B to the Stipulation and Agreement of Settlement

(ECF No. 137), after the deadlines for Settlement Class Members to object to the Settlement or to request exclusion from the Settlement Class have passed.

DATED: September 4, 2025                    Respectfully submitted,

*/s/ Jonathan D. Park*

**POMERANTZ LLP**
Jeremy A. Lieberman
Jonathan D. Park
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
jpark@pomlaw.com

*Counsel for Co-Lead Plaintiff Sashi Rajan and Co-Lead Counsel for the Class.*

**PORTNOY LAW FIRM**
Lesley F. Portnoy
1100 Glendon Ave, 14th Floor
Los Angeles, California 90024
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional Counsel for Co-Lead Plaintiff Sashi Rajan*

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
Phillip Kim
Brian B. Alexander
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
lrosen@rosenlegal.com
philkim@rosenlegal.com
balexander@rosenlegal.com

*Counsel for Co-Lead Plaintiff Meir Spear and Co-Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall
(pro hac vice application forthcoming)
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Co-Lead Plaintiff Meir Spear*